No. 80–1940.   Long v. District Director, Internal Revenue Service, Phoenix, Arizona, 452 U. S. 934;

No. 80–6322.   Skillern v. Texas, 452 U. S. 931;

No. 80–6506.   Fleming v. Austin, Warden, 452 U. S. 910;

No. 80–6510.   Smith v. Kentucky, 452 U. S. 908;

No. 80–6551.   Rucker v. City of St. Louis et al., 452 U. S. 942;

No. 80–6580.   Zarrilli v. Capitol Bank & Trust Co. et al., 452 U. S. 965;

No. 80–6593.   Reiter v. City of Keene, 452 U. S. 965;

No. 80–6657.   Patterson v. Abernathy et al., 452 U. S. 956; and

No. 80–6672.   Sonderup v. United States, 452 U. S. 920. Petitions for rehearing denied.

No. 79–880.   Kissinger et al. v. Halperin et al., 452 U. S. 713;

No. 79–881.   Mitchell v. Zweibon et al., ante, p. 912;

No. 79–882.   Nixon et al. v. Smith et al., ante, p. 912;

No. 79–883.   Zweibon et al. v. Mitchell, ante, p. 912; and

No. 79–1120.   Mitchell et al. v. Forsyth et al., ante, p. 913.   Petitions for rehearing denied.   Justice Rehnquist took no part in the consideration or decision of these petitions.

No. 79–1314.   1776 K Street Associates et al. v. United States, 447 U. S. 905; and

No. 80–6426.   Odes v. Nowland, Acting Director, Department of Registration and Education of Illinois, 451 U. S. 991.   Motions for leave to file petitions for rehearing denied.

September 2, 1981

No. A–72.   Graddick, Attorney General of Alabama v. Newman et al.   D. C. M. D. Ala.   Application for stay,